UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WELLS FARGO EQUIPMENT FINANCE, INC. | CIVIL ACTION |
| VERSUS | NO: 10-2970-KDE-SS |
| MID-SOUTH SERVICES, INC., et al | |

## O R D E R

The Court, after considering the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have not filed objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that: (1) the motion of the plaintiff, Wells Fargo Equipment Finance, Inc. ("Wells Fargo"), to establish amount of attorneys' fees, costs and expenses due to it (Rec. doc. 14) is GRANTED in PART and DENIED in PART; and (2) Wells Fargo is awarded attorneys fees of $4,950.00 and costs of $1,000.66 for a total of $5,950.66 from the defendants, Mid-South Services, Inc., Sharon Larouse and Woody Collins.

New Orleans, Louisiana, this 29th day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE